## SMITH v. WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 72, September Term, 1959.]

*Decided February 19, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal from an order denying post conviction relief is denied for the reasons set out in the opinion of the court below, and for the further reason that the allegations of perjury and incompetence of counsel were finally decided in *Smith v. Warden,* 213 Md. 643. Code (1959 Supp.) Art. 27, sec. 645A (a).